UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LAVARIS MITCHELL,<br><br>Plaintiff,<br><br>vs.<br><br>LINEAGE LOGISTICS, LLC, GREAT LAKES COLD STORAGE,<br><br>Defendants. | 2:23-CV-10485-TGB<br><br>**ORDER OF DISMISSAL**<br><br>HONORABLE<br>TERRENCE G. BERG |

Parties have filed separate stipulations of dismissal as to all defendants in this matter (ECF Nos. 18, 19). Therefore, the case will be dismissed.

Accordingly, it is **ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** as to Defendant Lineage Logistics, LLC, and **DISMISSED WITHOUT PREJUDICE** as to Defendant Great Lakes Cold Storage, each party to bear its own costs.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

Dated: June 20, 2023